UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MOHAMMAD AFTAB UDDIN,
                        Plaintiff,

          -against-

SECRETARY ALEJANDRO MAYORKAS, et al.,

                      Defendants.
------------------------------------------------------------X

22 Civ. 3521 (LGS)

<u>ORDER</u>

LORNA G. SCHOFIELD, District Judge:

      WHEREAS on May 1, 2022, the Complaint for a Writ of Mandamus was filed.  It is hereby

      **ORDERED** that the Government shall, by **June 14, 2022**, file a memorandum in opposition to the request for a writ of mandamus.  The memorandum shall not exceed fifteen pages.  Plaintiff shall, by **June 29, 2022**, file a reply memorandum that shall not exceed ten pages.  The memoranda and other materials shall otherwise comply with the Court's Individual Rules.

Dated: May 16, 2021
       New York, New York

                                              LORNA G. SCHOFIELD
                                              UNITED STATES DISTRICT JUDGE